UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendants. | No. 2:25-cv-2617 CSK P<br><br><br>ORDER |

On September 11, 2025, plaintiff, a state prisoner currently out to hospital and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis.[1] (ECF No. 1.) That same day, plaintiff filed a motion styled, "Motion for Equisix."[2] (ECF No. 3.) Plaintiff did not sign his complaint or the motion. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint or motion unless he signs and re-files the complaint and the motion.

---

[1] The Court defers consideration of plaintiff's application for leave to proceed in forma pauperis. Plaintiff is informed that if he is granted leave to file in forma pauperis, plaintiff will be required to pay Court's $350.00 filing fee but will be allowed to pay it in installments.

[2] It is unclear whether plaintiff refers to "Equifax." Plaintiff also did not identify a defendant in his complaint. (ECF No. 1.)

1

1  Accordingly, plaintiff is provided an opportunity to re-file his complaint and motion
2  bearing his signature.  Failure to comply with this order will result in a recommendation that this
3  action be dismissed.
4  In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
5  date of this order, plaintiff shall re-file a <u>signed</u> complaint and <u>signed</u> motion.  (ECF Nos. 1 and
6  3.)  Plaintiff's failure to comply with this order will result in a recommendation that this action be
7  dismissed.

Dated:  September 17, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/park2617.r11