UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendants. | No. 2:25-cv-2617 CSK P<br><br><br>ORDER |

On September 11, 2025, plaintiff, a state prisoner currently out to hospital and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) That same day, plaintiff filed a motion styled, "Motion for Equisix." (ECF No. 3.) Plaintiff did not sign his complaint or the motion, and on September 17, 2025, plaintiff was advised that parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. (ECF No. 5 at 1 (citing Fed. R. Civ. P. 11(a)).) Plaintiff was granted thirty days in which to sign and re-file the complaint and the motion. (ECF No. 5 at 2.) On September 29, 2025, plaintiff re-filed his motion. (ECF No. 6.)

Plaintiff's unsigned motion, filed September 11, 2025, is stricken. Fed. R. Civ. P. 11(a). In his current motion for "Equisix," plaintiff claims that he has forgotten the "addresses of his properties" and seeks the Court's assistance in locating them. (ECF No. 6 at 1.) The Court is not

1

familiar with the term "Equisix," which is not in the dictionary.[1]  In any event, plaintiff is advised that the Court does not investigate ownership of properties for litigants.  Therefore, plaintiff's motion is denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 3) is stricken as unsigned; and
2. Plaintiff's "Motion for Equisix" (ECF No. 6) is denied.

Dated:  October 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/park2617.den

---

[1] "Equisix," Merriam-Webster.com Dictionary (Online ed. 2025), https://www.merriam-webster.com/dictionary (10 Oct. 2025) ("The word you've entered isn't in the dictionary.").

2