UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO PARKER, | No.  2:25-cv-2617 CSK P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | |
| Defendants. | |

On September 11, 2025, plaintiff, a state prisoner currently out to hospital and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  On September 17, 2025, the Court observed that plaintiff failed to sign his complaint, and granted plaintiff an opportunity to re-file his complaint bearing his signature within thirty days.  Fed. R. Civ. P. 11(a).  Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed.  (ECF No. 5 at 2.)  Thirty days have passed, and plaintiff has not re-filed his complaint bearing his signature or otherwise responded to the order requiring him to do so.[2]  Because plaintiff failed to correct the lack of a signature as required under Rule 11, plaintiff's

---

[1]  Plaintiff also sought leave to proceed in forma pauperis, and ruling on plaintiff's request to proceed in forma pauperis was deferred.  (ECF No. 5 at 1 n.1.)

[2]  On September 29, 2025, plaintiff did re-file a copy of his motion bearing his signature (ECF No. 6), but plaintiff did not include a signed complaint or otherwise address the requirement that he provide a signed complaint.  (ECF No. 6.)

1

unsigned complaint is stricken, and this Court recommends that this action be dismissed for failure to prosecute.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the Court finds the factors weigh in favor of dismissal.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike plaintiff's unsigned complaint (ECF No. 1), and to assign a district judge to this case.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/park2617.56

2