UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO PARKER,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | No. 2:25-cv-02617-DAD-CSK P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE</u><br><br>(Doc. No. 8) |

Plaintiff Stefano Parker is a state prisoner, currently out to hospital commitment, and proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to sign his complaint filed with the court initiating this action and failure to take corrective action by re-filing a signed complaint despite being directed and provided an opportunity to do so. (Doc. No. 8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 13, 2026 (Doc. No. 8) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to file a complaint bearing his signature as directed; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 28, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On January 27, 2026, the court received from plaintiff a one-page document characterized by him as a "Motion for Equisits" (Doc. No. 9.) However, that filing did not in any way address the pending findings and recommendations.